# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 26, 2021

## NO. 03-19-00210-CR

**Jose Morales, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to reflect that the "Statute for Offense" is "PC 19.02(b), (c)" and that the "Findings on Deadly Weapon" are "YES, A FIREARM." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.